# IN THE UNITED DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL DERMO, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JERRY ISAACSON, | : | NO. 11-06520 |
| SPRING CREEK HOLDINGS, LLC, | : | |
| DEDICATED FOODS, LLC, and | : | |
| TARGET FOODS, LLC, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *21st* day of *August*, 2012, upon consideration of Plaintiff's Motion for Partial Summary Judgment Against Defendant Spring Creek Holdings, LLC (Docket No. 24), Defendant Spring Creek Holding LLC's Response in Opposition to Plaintiff's Motion for Partial Summary Judgment (Docket No. 32), Plaintiff's Reply to Defendant's Response (Docket No. 38), and Defendant Spring Creek Holding LLC's Sur-reply (Docket No. 41), it is hereby **ORDERED** that Plaintiff's Motion for Partial Summary Judgment is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.