IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL DERMO, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JERRY ISAACSON, | : | NO.   11-06520 |
| SPRING CREEK HOLDINGS, LLC, | : | |
| DEDICATED FOODS, LLC, and | : | |
| TARGET FOODS, LLC | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *19th* day of *September*, 2012, upon consideration Plaintiff's Motion for Reconsideration of the Court's Order Entered on August 21, 2012, Denying Plaintiff's Motion for Partial Summary Judgment (Docket No. 47) and Defendant's Response to Plaintiff's Motion for Reconsideration of Court's Denial of Plaintiff's Motion for Partial Summary Judgment (Docket No. 49), it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.